1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHINA PREMIUM LIFESTYLE ENTERPRISE, INC., | Case No. 11-cv-01159-SVW-JCG |
|---|---|
| Plaintiff, | [Honorable Stephen W. Wilson] |
| v. | **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |
| CONTINENTAL STOCK TRANSFER & TRUST COMPANY and DOES 1 through 20, inclusive, | [Lodged concurrently with Stipulation for Entry of Protective Order] |
| Defendants. | |

- 2 -

1  Based upon the STIPULATION FOR PROTECTIVE ORDER
2  REGARDING THE EXCHANGE OF CONFIDENTIAL AND PROPRIETARY
3  INFORMATION ("Stipulation for Protective Order") of China Premium Lifestyle
4  Enterprise, Inc. and Continental Stock Transfer & Trust Company, filed
5  concurrently herewith, and finding good cause therefore, it is hereby ORDERED
6  that:
7  The Stipulation for Protective Order is hereby GRANTED.

DATE: November 14, 2011

_____
Honorable Jay C. Gandhi
United States Magistrate Judge