1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CHINA PREMIUM LIFESTYLE ENTERPRISE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL STOCK TRANSFER & TRUST COMPANY and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 11-cv-01159-SVW-JCG <br><br> [Honorable Stephen W. Wilson] <br><br> **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** <br><br> [Lodged concurrently with Stipulation for Entry of Protective Order] |
|---|---|

1  Based upon the STIPULATION FOR PROTECTIVE ORDER
2  REGARDING THE EXCHANGE OF CONFIDENTIAL AND PROPRIETARY
3  INFORMATION ("Stipulation for Protective Order") of China Premium Lifestyle
4  Enterprise, Inc. and Continental Stock Transfer & Trust Company, filed
5  concurrently herewith, and finding good cause therefore, it is hereby ORDERED
6  that:
7  The Stipulation for Protective Order is hereby GRANTED.
8
9  DATE: November 14, 2011  _____
10                          Honorable Jay C. Gandhi
                            United States Magistrate Judge